**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

Pursuant to the Order entered on February 13, 2025, by the Hon. Jeffrey I. Cummings, in 24 CV 11801, *Redner's Markets, Inc. v. Lamb Weston Holdings, Inc. et al.,* the cases listed, below be consolidated, pursuant to Local Rule 40.4; therefore

It is hereby ordered that Judge Cummings shall preside over these consolidated proceedings and each case be reassigned from the assigned judges listed below; and

It is further ordered that all the consolidated cases listed below are to be filed in case 24 CV 11801, IN RE: FROZEN POTATO PRODUCTS ANTITRUST LITIGATION, until further order of the Honorable Jeffrey I. Cummings; and

It is further ordered that any additional cases that may be filed with similar claims and the same defendants shall be part of these consolidated proceedings and filed under case 24 CV 11801, IN RE: FROZEN POTATO PRODUCTS ANTITRUST LITIGATION.

It is further ordered that the Clerk shall administratively close the cases listed below.

| CASE | TITLE | ASSIGNED JUDGE |
|---|---|---|
| 24 CV 11816 | *Govea v. National Potato Promotion Board et al* | Hon. Matthew F. Kennelly |
| 24 CV 11872 | *Settecasi v. National Potato Promotion Board d/b/a Potatoes USA et al* | Hon. Joan B. Gottschall |
| 24 CV 11963 | *Muro et al v. McCain Foods USA, Inc. et al* | Hon. Elaine E. Bucklo |
| 24 CV 12031 | *Pattermann et al v. National Potato Promotion Board et al* | Hon. Edmond E. Chang |
| 24 CV 12076 | *King Kullen Grocery Co., Inc. v. Lamb Weston Holdings, Inc. et al* | Hon. Georgia N. Alexakis |
| 24 CV 12089 | *Gladys' Restaurant et al v. Cavendish Farms Ltd. et al* | Hon. Sharon Johnson Coleman |
| 24 CV 12240 | *Filonek's Inc. v. Cavendish Farms Ltd. et al* | Hon. Steven C. Seeger |
| 24 CV 12241 | *BW-SS, Inc. v. Lamb Weston Holdings, Inc. et al* | Hon. Jeffrey I. Cummings |
| 24 CV 12350 | *Lit'l Pepper Gourmet, Inc. v. Cavendish Farms Ltd. et al* | Hon. LaShonda A. Hunt |
| 24 CV 12477 | *Northern Frozen Foods, Inc. v. Lamb Weston Holdings, Inc. et al* | Hon. Lindsay C. Jenkins |
| 24 CV 12525 | *C. A. Curtz Company* | Hon. Manish S. Shah |
| 24 CV 12744 | *Alamo's Roast Beef, Inc. v. Lamb Weston Holdings, Inc. et al* | Hon. John Robert Blakey |
| 24 CV 12749 | *Post Road Market Inc. et al v. Lamb Weston Holdings, Inc. et al* | Hon. Virginia M. Kendall |
| 24 CV 12752 | *McGath et al v. Cavendish Farms Ltd. et al* | Hon. Thomas M. Durkin |
| 24 CV 12795 | *Shegian v. Lamb Weston Holdings, Inc. et al* | Hon. Sara L. Ellis |
| 24 CV 13032 | *Jack Tate d/b/a The Tin Pig, LLC v. Lamb Weston Holdings, Inc. et al* | Hon. John Robert Blakey |
| 24 CV 13048 | *PuertoCuba, LLC v. Circana, LLC et al* | Hon. Georgia N. Alexakis |
| 24 CV 13188 | *IROC IT ALL CORP v. J.R. Simplot et al* | Hon. Lindsay C. Jenkins |
| 25 CV 00051 | *All Sports Hospitality LLC et al v. Lamb Weston Holdings, Inc. et al* | Hon. Sharon Johnson Coleman |
| 25 CV 00304 | *Cardoso v. Cavendish Farms, Inc. et al* | Hon. Jeremy C. Daniel |
| 25 CV 00474 | *Marflayaa Inc. et al v. Lamb Weston Holdings, Inc. et al* | Hon. Jeremy C. Daniel |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 26th day of February 2025